IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>Kimberly Ann Kent & Gregg Terry Kent,<br><br><br><br>Debtors. | In Chapter 11 Proceedings<br><br>Case No. 07-bk-03238-SSC<br><br>**ORDER INCORPORATING MEMORANDUM DECISION RE: ANNUITIES** |

Based upon the Court's Memorandum Decision of March 31, 2008, which is herein incorporated by reference,

IT IS ORDERED the Debtors' Annuities, one from American General Annuity Service Corporation and the other from MetLife Tower Resources Group, Inc., copies of which Annuity Contracts are attached as Exhibits A and B to the Memorandum Decision of March 31, 2008, are property of the bankruptcy estate, and are not excluded from the estate pursuant to 11 U.S.C. § 541(c)(2).

**DATED this 1st day of April, 2008.**

_____

**Honorable Sarah Sharer Curley**
**United States Bankruptcy Judge**

BNC to Notice.