IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| In Re | In Proceedings Under Chapter 11 |
|---|---|
| KIMBERLY ANN and GREGG TERRY KENT, | Case No. 07-3238 |
| Debtors. | ORDER INCORPORATING MEMORANDUM DECISION OF JULY 25, 2008 |

Based upon this Court's Memorandum Decision of July 25, 2008, which is incorporated herein by reference,

IT IS ORDERED DENYING the Motion for Stay Pending Appeal filed by Osborn Maledon on July 18, 2008. To the extent that Osborn Maledon has affirmatively moved to suspend the Debtors' bankruptcy proceedings,

IT IS FURTHER ORDERED denying such relief at this time.

DATED this 31st day of July, 2008.

_/s/ Sarah Sharer Curley_

Honorable Sarah Sharer Curley
U. S. Bankruptcy Judge

BNC to notice.

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2