IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re | Chapter 11 |
| KIMBERLY ANN KENT<br>GREGG TERRY KENT, | Case No. 2:07-bk-03238-SSC |
| Debtors. | **ORDER INCORPORATING<br>MEMORANDUM DECISION OF<br>SEPTEMBER 23, 2008** |

Based upon this Court's Memorandum Decision of September 23, 2008, which is herein incorporated by reference,

IT IS ORDERED GRANTING the Debtors' Motion to Dismiss.  The Debtors case is DISMISSED.

DATED this 23rd day of September, 2008

*Sarah Sharer Curley*

Honorable Sarah Sharer Curley
United States Bankruptcy Judge

1